IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER JONES, JR., | No. C-12-1762 TEH (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| CDCR CALIFORNIA MEDICAL FACILITY - VACAVILLE, | |
| Defendant. | |

Plaintiff, a state prisoner, has filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging that he was subject to an adverse transfer from California Medical Facility - Vacaville ("CMF Vacaville") to California State Prison - Solano ("CSP Solano") without the knowledge of the Medical Authorization Review Committee and the Healthcare Review committee. Doc. #1 at 2. Plaintiff alleges that the transfer has resulted in inadequate medical care, inadequate dental care and the loss of his property. Id. at 6. Plaintiff attached to his complaint a copy of an incomplete in forma pauperis which he had filed in a prior action, Jones v. California Medical Facility Custody Staff, C No. 12-1109

TEH. Id. at 27-31.

The Court Clerk notified Plaintiff in writing at that time that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis application. Doc. #2. Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

The deadline has passed and Plaintiff has not provided the Court with the requisite items. The action, therefore, is DISMISSED without prejudice. No filings fees are due.

The Clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   *06/04/2012*   _____
                       **THELTON E. HENDERSON**
                       United States District Judge

G:\PRO-SE\TEH\CR.12\Jones-12-1109_failure to exhaust.wpd

**2**