IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUTHER JONES, JR.,                          No. C-12-1762 TEH (PR)

      Plaintiff,                      ORDER OF DISMISSAL

    v.

CDCR CALIFORNIA MEDICAL FACILITY
- VACAVILLE,

      Defendant.
_____/

      Plaintiff, a state prisoner, has filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging that he was subject to an adverse transfer from California Medical Facility - Vacaville ("CMF Vacaville") to California State Prison - Solano ("CSP Solano") without the knowledge of the Medical Authorization Review Committee and the Healthcare Review committee.  Doc. #1 at 2. Plaintiff alleges that the transfer has resulted in inadequate medical care, inadequate dental care and the loss of his property. Id. at 6.  Plaintiff attached to his complaint a copy of an incomplete in forma pauperis which he had filed in a prior action, Jones v. California Medical Facility Custody Staff, C No. 12-1109

1 | TEH.  Id. at 27-31.
2 |         The Court Clerk notified Plaintiff in writing at that time
3 | that his action was deficient because he had neither paid the
4 | requisite $350.00 filing fee nor submitted a signed and completed
5 | court-approved in forma pauperis application.  Doc. #2.  Plaintiff
6 | was advised that failure to file the requested items within thirty
7 | (30) days would result in dismissal of the action.  Doc. #2.
8 |         The deadline has passed and Plaintiff has not provided the
9 | Court with the requisite items.  The action, therefore, is DISMISSED
10 | without prejudice.  No filings fees are due.
11 |         The Clerk is directed to terminate all pending motions as
12 | moot and close the file.
13 |         IT IS SO ORDERED.

15 | DATED    *06/04/2012*
16 |                                     THELTON E. HENDERSON
                                         United States District Judge

18 | G:\PRO-SE\TEH\CR.12\Jones-12-1109_failure to exhaust.wpd

**2**